UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                          Chapter 13

    Alper Kolcu,                           Case No. 23-20340-rmb
    Debtor

### NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

      The Debtor, through undersigned counsel Robert J. Eddington of Eddington Law Office LLC, filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

      **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

      If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the request and may enter an order confirming the amended plan.

Robert J. Eddington
Eddington Law Office LLC
250 E. Wisconsin Ave. #1800
Milwaukee, WI 53202
Phone: 414-347-5639
Email: rje@eddingtonlawoffice.com

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service: A certificate of service must be filed with the amendment. A copy of this proposed amendment has been served on the Trustee, United States Trustee, and all creditors.

3. The Chapter 13 plan filed with the Court is amended as follows:

   (1) Paragraph 2.2 is amended to reflect that the Debtor shall pay **$1,731 per month** for the remaining months of the plan.

   (2) The cure and maintain provisions of Paragraph 3.1 are amended to reflect that the Debtor shall cure the arrears on a First Mortgage secured claim held by Summit Credit Union in the amount of **$44,323.07** with a payment of not less than **$738.32** per month.

   (3) The cure and maintain provisions of Paragraph 3.1 are amended to reflect that the Debtor shall cure the arrears on a Home Equity Line Of Credit (HELOC) secured claim held by Summit Credit Union in the amount of **$11,672.50** at a payment of not less than **$194.54** per month.

   (4) Paragraph 3.3 is amended to remove the reference to a secured claim held by **Wisconsin Department of Children & Families**.

   (5) Paragraph 4.3 is amended to reflect that the total attorneys fees owed to counsel for the Debtor are $4,500, with a remaining $4,001 due through the Chapter 13 plan.

   (6) Paragraphs 5.1 and 8.1 are amended to reflect that the Trustee shall pay holders of allowed unsecured claims interest at the rate of **8.00%** per annum.

   (7) Paragraph 8.2 is amended to remove the reference to participation in the Mortgage Modification Mediation (MMM) program.

All remaining terms and provisions of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 plan.

**CERTIFICATION**

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.


<u>*/s/ Robert J. Eddington*</u>　　　　　　　　　　　　<u>**4/13/2023**</u>
Counsel for the debtor(s)　　　　　　　　　　　　　　Date

Respectfully submitted on this 13th day of April, 2023.

Robert J. Eddington
Eddington Law Office LLC
250 E Wisconsin Ave #1800
Milwaukee, WI 53202
Phone: 414-347-5639
Email: rje@eddingtonlawoffice.com