So Ordered.

Dated: November 21, 2023



*Rachel Blise*
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Alper Kolcu, | Chapter 13 Bankruptcy |
|---|---|
| Debtor. | Case No. 23-20340-rmb |

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Motion to Dismiss may be denied based on the following terms:

1. The deadline for the Trustee to object to confirmation of the Debtor's Chapter 13 Plan is extended by 28 days from the entry date of this order.

**IT IS THEREFORE ORDERED THAT:**
Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####

Prepared by:
Christopher D. Schimke, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344