| | |
|---|---|
| In re: | Case No. 23-20340-rmb |
| Alper Kolcu | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 4 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf1 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alper Kolcu, 225 N 66th St, Milwaukee, WI 53213-4043 |
| cr | | Summit Credit Union, Bates Legal Group, LLC, Justin J. Bates, PO Box 1473, Wausau, WI 54402-1473 |
| 11922324 | | Alice Mackey LCSW LLC, PO Box 180680, Delafield, WI 53018-0680 |
| 11922327 | | Anthem Blue Cross Blue Shield, 145 S Pioneer Rd, Fond Du Lac, WI 54935-3871 |
| 11922329 | | City of Milwaukee, PO Box 3268, Milwaukee, WI 53201-3268 |
| 11922334 | | Forward Dental, 15100 Library Ln, New Berlin, WI 53151-5291 |
| 11884816 | + | Gimbel Reilly Guerin & Brown LLP, 330 E Kilbourn Ave Ste 1170, Milwaukee, WI 53202-6616 |
| 11925622 | + | InBloom Autism Services, Gimbel, Reilly, Guerin & Brown LLP, c/o Christopher Strohbehn, 330 East Kilbourn Avenue Suite 1170, Milwaukee, WI 53202-6616 |
| 11911175 | + | Justin J. Bates, Esq., PO Box 1473, Wausau, WI 54402-1473 |
| 11884819 | | Kia Finance America, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 11922336 | | Lufti Tombuloglu MD SC, 6400 Industrial Loop, Greendale, WI 53129-2452 |
| 11884828 | | Praktess LLC, Atty Michael Torphy, 200 S Executive Dr Ste 101, Brookfield, WI 53005-4216 |
| 11922338 | | Professional Account Management, PO Box 391, Milwaukee, WI 53201-0391 |
| 11922341 | + | Uptown Motors, Inc., 2111 N Mayfair Rd, Milwaukee, WI 53226-2283 |
| 11922342 | | Verizon Benefits Center, PO Box 1457, Lincolnshire, IL 60069-1457 |
| 11884841 | | Vive/tbom, 380 W Data Dr, Draper, UT 84020-2308 |
| 11884842 | | Vocational Development Group LLC, 6416 NW 5th Way, Fort Lauderdale, FL 33309-6112 |
| 11922343 | | West Grove Clinic, 10012 W Capitol Dr Ste 101, Milwaukee, WI 53222-1300 |
| 11884846 | | Wisconsin Department of Children & Fam, 635 N 26th St, Milwaukee, WI 53233-1803 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11922325 | | Email/Text: bankruptcy@alliance-collections.com | Dec 13 2023 23:12:00 | Alliance Collection Agencies, PO Box 1267, Marshfield, WI 54449-7267 |
| 11884807 | | Email/Text: g20956@att.com | Dec 13 2023 23:12:00 | AT&T, Bankruptcy Department, 1801 Valley View Ln, Farmers Branch, TX 75234-8906 |
| 11922409 | + | Email/Text: g20956@att.com | Dec 13 2023 23:12:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO - PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 11924278 | | Email/Text: BNCnotices@dcmservices.com | Dec 13 2023 23:12:00 | AURORA HEALTH CARE, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 11884805 | | Email/Text: bankruptcy@rentacenter.com | Dec 13 2023 23:13:00 | AcceptanceNOW, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 11884806 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 23:15:55 | American First Finance, PO Box 565848, Dallas, TX 75356-5848 |
| 11884808 | | Email/Text: agencyresolution@aah.org | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 13 2023 23:12:00 | Aurora Health Care, PO Box 091700, Milwaukee, WI 53209-8700 |
| 11922328 | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 13 2023 23:12:00 | Bureaus Investment Group LLC, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 11937557 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Dec 13 2023 23:13:54 | CITY OF MILWAUKEE, OFFICE OF THE CITY TREASURER, 200 EAST WELLS STREET, ROOM 103, MILWAUKEE, WI 53202-3546 |
| 11922330 | | Email/Text: correspondence@duncansolutions.com | Dec 13 2023 23:12:00 | City of Milwaukee Violations Bureau, PO Box 346, Milwaukee, WI 53201-0346 |
| 11922333 | | Email/Text: correspondence@credit-control.com | Dec 13 2023 23:12:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 11884809 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 23:15:49 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 11891808 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 23:15:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 11884810 | | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 13 2023 23:12:00 | ChexSystems, Inc., 7805 Hudson Rd Ste 100, Woodbury, MN 55125-1595 |
| 11884811 | | Email/Text: Bankruptcy@childrenswi.org | Dec 13 2023 23:13:00 | Children's Hospital of Wisconsin, 9000 W Wisconsin Ave, Milwaukee, WI 53226-4874 |
| 11884812 | ^ | MEBN | Dec 13 2023 23:10:19 | Chime/Stride Bank NA, PO Box 417, San Francisco, CA 94104-0417 |
| 11922331 | + | Email/Text: mediamanagers@clientservices.com | Dec 13 2023 23:12:00 | Client Services, Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 11922332 | | Email/Text: bankruptcy@credencerm.com | Dec 13 2023 23:13:00 | Credence, 4222 Trinity Mills Rd Ste 260, Dallas, TX 75287-7666 |
| 11884813 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2023 23:15:49 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 11884815 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 13 2023 23:12:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 11884817 | | Email/Text: Bankruptcy@ICSystem.com | Dec 13 2023 23:12:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 11884818 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 23:12:00 | Internal Revenue Service, Attn: Central Insolvency / Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11884820 | ^ | MEBN | Dec 13 2023 23:10:14 | Kohn Law Firm S.C., 735 N Water St Ste 1300, Milwaukee, WI 53202-4106 |
| 11884821 | | Email/Text: bankruptcy@landmarkcu.com | Dec 13 2023 23:12:00 | Landmark Credit Union, 5445 S Westridge Dr, New Berlin, WI 53151-7948 |
| 11922335 | | Email/Text: support@ljross.com | Dec 13 2023 23:12:00 | LJ Ross & Assocs, PO Box 6099, Jackson, MI 49204-6099 |
| 11922410 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 23:15:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11884823 | | Email/Text: cabankruptcynotices@milwaukee.gov | Dec 13 2023 23:12:00 | Milwaukee City Attorneys Office, 200 E Wells St # 800, Milwaukee, WI 53202-3515 |
| 11884822 | | Email/Text: bankruptcyfiled@marinecu.com | Dec 13 2023 23:12:00 | Marine Credit Union, 661 W Pioneer Rd, Fond Du Lac, WI 54935-5613 |
| 11922337 | | Email/Text: municlerks@milwaukee.gov | Dec 13 2023 23:12:00 | Milwauke Municipal Court, 951 N James Lovell St, Milwaukee, WI 53233-1429 |
| 11884824 | | Email/Text: treasurer@milwaukeecountywi.gov | Dec 13 2023 23:12:00 | Milwaukee County Treasurer, 901 N 9th St Ste 102, Milwaukee, WI 53233-1425 |
| 11939876 | + | Email/Text: EBN.WATER@MILWAUKEE.GOV | Dec 13 2023 23:13:00 | Milwaukee Water Works, 841 N Broadway Rm 406, Milwaukee, WI 53202-3613 |

| | | | |
|---|---|---|---|
| 11884825 | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 13 2023 23:15:58 | | Ollo/ally, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 11884826 | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 13 2023 23:15:49 | | Opensky Cbnk, PO Box 8130, Reston, VA 20195-2030 |
| 11884827 | Email/Text: Bankruptcy.Notices@pnc.com Dec 13 2023 23:12:00 | | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 11915484 | Email/Text: Bankruptcy.Notices@pnc.com Dec 13 2023 23:12:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 11884829 | + | Email/Text: ecfbankruptcy@progleasing.com Dec 13 2023 23:12:00 | Progressive Financial, 11629 S 700 E Ste 250, Draper, UT 84020-8376 |
| 11884831 | Email/Text: bankruptcy@self.inc Dec 13 2023 23:12:00 | | Self Financial/Lead Ba, 901 E 6th St, Austin, TX 78702-3206 |
| 11884832 | Email/Text: bankruptcy@self.inc Dec 13 2023 23:12:00 | | Self/Atlantic Capital, 515 Congress Ave, Austin, TX 78701-3504 |
| 11884835 | Email/PDF: bknotices@summitcreditunion.com Dec 13 2023 23:15:54 | | Summit Credit Union, 307 E Wilson St, Madison, WI 53703-3426 |
| 11884830 | ^ | MEBN Dec 13 2023 23:10:33 | Seed/Cross River Bank, 268 Bush St, San Francisco, CA 94104-3503 |
| 11922340 | Email/Text: clientservices@sourcerm.com Dec 13 2023 23:13:00 | | Source Receivables Mgmt LLC, PO Box 4068, Greensboro, NC 27404-4068 |
| 11884833 | Email/Text: dl-csgbankruptcy@charter.com Dec 13 2023 23:13:00 | | Spectrum, PO Box 4639, Carol Stream, IL 60197-4639 |
| 11911176 | + | Email/PDF: bknotices@summitcreditunion.com Dec 13 2023 23:15:54 | Summit Credit Union, 1709 Landmark Drive, Cottage Grove, WI 53527-8957 |
| 11884834 | + | Email/PDF: bknotices@summitcreditunion.com Dec 13 2023 23:15:54 | Summit Credit Union, 401 S Yellowstone Dr, Madison, WI 53719-1095 |
| 11884836 | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 23:15:58 | | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 11884837 | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 23:15:48 | | Syncb/tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 11884838 | Email/Text: epr@telecheck.com Dec 13 2023 23:13:00 | | TeleCheck Services, Inc., PO Box 4451, Houston, TX 77210-4451 |
| 11886908 | Email/Text: electronicbkydocs@nelnet.net Dec 13 2023 23:12:00 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 11884839 | Email/Text: RPSBankruptcyBNCNotification@usbank.com Dec 13 2023 23:12:00 | | US Bank, Bankruptcy Department, PO Box 5229, Cincinnati, OH 45201-5229 |
| 11884840 | Email/Text: electronicbkydocs@nelnet.net Dec 13 2023 23:12:00 | | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 11884843 | Email/Text: Bankruptcy-Notifications@we-energies.com Dec 13 2023 23:12:00 | | WE Energies, 231 W Michigan St # A130, Milwaukee, WI 53203-2918 |
| 11884844 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 13 2023 23:15:49 | | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 11884845 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 13 2023 23:15:53 | | Wells Fargo Dealer Svc, PO Box 71092, Charlotte, NC 28272-1092 |
| 11884847 | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV Dec 13 2023 23:13:00 | | Wisconsin Department Of Revenue, Special Procedures Unt / Bankruptcy, PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11922326 | ##+ | AM Counseling, 1126 S 70th St Ste 121, West Allis, WI 53214-3124 |
| 11884814 | ## | Emily Kolcu, 9907 W Beloit Rd, Milwaukee, WI 53227-4236 |
| 11922339 | ## | Sam Franke, E9664 Ames Hill Rd, Viroqua, WI 54665-7191 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin J. Bates | on behalf of Creditor Summit Credit Union justinb@bateslegalgroup.com jackiem@bateslegalgroup.com;jackiem@ecf.courtdrive.com;emilyb@bateslegalgroup.com;emilyb@ecf.courtdrive.com;alexish@bateslegalgroup.com;alexish@ecf.courtdrive.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Robert J. Eddington | on behalf of Debtor Alper Kolcu rje@eddingtonlawoffice.com eddingtonlawnotices@gmail.com;g9511@notify.cincompass.com;eddington.robertj.b107532@notify.bestcase.com |
| Scott Lieske | on behalf of Trustee Scott Lieske ecf@chapter13milwaukee.com SLWI_ECF@trustee13.com |
| Scott Lieske | ecf@chapter13milwaukee.com SLWI_ECF@trustee13.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  Chapter 13 Bankruptcy
ALPER KOLCU

Case No. 23-20340-RMB

**NOTICE AND MOTION TO DISMISS - UNCONFIRMED PLAN**

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Scott Lieske, pursuant to 11 U.S.C. § 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Failure to make payments as required by 11 U.S.C. § 1326.*

Unless an objection (or fee application for a greater amount) is filed on or before the deadline for objecting to this Motion to Dismiss, the Trustee will pay up to $1,000 of funds on hand (less the pre-petition fees paid directly to the attorney as disclosed on Form B2030) to the Debtor's attorney as an administrative claim before refunding any funds to the Debtor.

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.**

/s/ _____
Judith L. Du Sell
2023.12.13
10:47:09
-06'00'

Scott Lieske, Chapter 13 Standing Trustee
Christopher D. Schimke, Staff Attorney
Kyle R. Knutson, Staff Attorney
Judith L. Du Sell, Staff Attorney
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943