So Ordered.

Dated: January 9, 2024



*Rachel Blise*
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In the Matter of: | Chapter 13 |
|---|---|
| Alper Kolcu, Debtor | Case No. 23-20340-rmb |

### ORDER APPROVING STIPULATION RESOLVING MOTION BY SUMMIT CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT

Summit Credit Union (herein "Movant") and the Debtor, Alper Kolcu, through their respective counsel, filed a stipulation to resolve a Motion For Relief From The Automatic Stay And For Abandonment, which motion was filed on October 26, 2023. Based on the stipulation of the parties and the Court's record,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved and the Motion for Relief From The Automatic Stay And For Abandonment is denied, subject to the following provisions.

2. Movant holds a promissory note and first mortgage encumbering Debtor's real estate property located at 225 N 66th Street, Milwaukee, WI 53213-4043 (herein "Property"). As of December 12, 2023, Debtor is delinquent with post-petition mortgage payments in the total amount of $8,766.32, for the post-petition mortgage arrears through December 1, 2023.

3. Movant holds a promissory note and Home Equity Line Of Credit (HELOC) encumbering the Property. As of December 12, 2023, Debtor is delinquent with post-petition HELOC payments in the total amount of $3,836.25, for the post-petition HELOC arrears through December 1, 2023.

4. The Movant may file a supplemental proof of claim in the amount of $17,883.23, representing (1) post-petition mortgage arrears of $8,766.32 and HELOC arrears of $3,836.25 through December 1, 2023, plus (2) $4,890.00 in attorneys' fees and $390.66 in costs.

5. Not later than fourteen (14) days after Movant's filing of the supplemental proof of claim, Debtor shall file an amended or modified feasible plan if necessary.

6. Debtor shall resume post-petition mortgage payments and post-petition HELOC payments to Movant beginning with the December 2023 payments and shall continue to make timely each post-petition monthly mortgage payment thereafter for the duration of this case.

7. Debtor shall make post-petition monthly mortgage payments timely to Movant through Movant's online portal, telephonically, or at 1709 Landmark Drive, Cottage Grove, WI 53527. If any such post-petition mortgage payment is not received by the 15th day of each month through and including October 2024, Movant may submit an affidavit of default pursuant to the Court's Uniform Procedures for Doomsday Orders.

8. Beginning with the November 2024 post-petition monthly mortgage payment and thereafter, Debtor shall make all post-petition mortgage payments as provided herein. If Debtor fails to do so, Movant may renew this motion by letter.

9. Abandonment will run concurrently with relief from the automatic stay, if such relief is granted by the Court.

10. This is a doomsday order pursuant to the Court's Uniform Procedures For Doomsday Orders.

#####

Drafted by: Robert J. Eddington
Eddington Law Office LLC
250 E. Wisconsin Ave. #1800
Milwaukee, WI 53202
Phone: 414-347-5639
Email: rje@eddingtonlawoffice.com