So Ordered.

Dated: February 5, 2024



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Alper Kolcu, | Chapter 13 Bankruptcy |
|---|---|
| Debtor. | Case No. 23-20340-rmb |

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Motion to Dismiss may be denied based on the following terms:

1. The Debtor must pay $1,731.00 monthly, or such other amount as specified under the terms of the most recent amended plan, to the Office of the Chapter 13 Trustee on or before the last day of each month, commencing with February 2024 and continuing through and including July 2024. Payments may be made via U.S. Mail to Chapter 13 Trustee, P.O. Box 730, Memphis, TN 38101-0730, electronically via TFSbillpay.com, or via payroll deduction.

2. The Trustee may file a Certification of Default and a proposed Order Dismissing Case without further notice or hearing if the Debtor fails to comply with the deadlines stated above.

3. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

**IT IS THEREFORE ORDERED THAT:**
Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####

Prepared by:
Christopher D. Schimke, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344