UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re  
ALPER KOLCU

Chapter 13  
Case No. 23-20340-RMB

Debtor.

**ORDER RESOLVING TRUSTEE'S OBJECTION**  
**TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed to resolve the Trustee's Objection to Confirmation based on the following terms.   Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. On or before June 7, 2024, the Debtor shall:

    a. File an amended budget showing the Debtor's ability to support the proposed Plan payments of $1,802.00 per month.

    b. If necessary, provide the Trustee with income documentation to support any income changes listed on the amended budget.

2. The Trustee's deadline to object to confirmation is extended to June 28, 2024.

#####

Prepared by:  
Christopher D. Schimke, Staff Attorney  
Office of the Chapter 13 Trustee  
P O Box 510920  
Milwaukee, WI 53203  
T: (414) 271-3943  
info@chapter13milwaukee.com