UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of: Chapter 13

    Alper Kolcu,     Case No. 23-20340-rmb
    Debtor

### ORDER AMENDING THE COURT'S MAY 14, 2024 ORDER (AS AMENDED) RESOLVING THE TRUSTEE'S OBJECTION TO CONFIRMATION

    The Debtor, Alper Kolcu, and the Chapter 13 Trustee filed a stipulation and motion to amend the Court's May 14, 2024 Order (as amended by further Orders dated June 13, 2024 and August 20, 2024) resolving a prior objection to confirmation filed by the Trustee. Based on the record,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved, and the motion is granted. The Court's May 14, 2024 Order (as amended on June 13, 2024 and August 20, 2024) is hereby amended as follows:

   *The Debtor shall file an amended budget and shall provide to the Trustee income documentation to support any income changes listed on the amended budget on or before 30 days after the Debtor obtains new employment or October 18, 2024, whichever is earlier. The deadline for the Trustee to object to plan confirmation shall be extended through November 15, 2024.*

2. All other terms and conditions of the Court's May 14, 2024 Order (as amended on June 13, 2024 and August 20, 2024) remain in full force and effect.

Drafted by: Robert J. Eddington
Eddington Law Office LLC     #####
250 E. Wisconsin Ave. #1800
Milwaukee, WI 53202
Phone: 414-347-5639
Email: rje@eddingtonlawoffice.com