UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Alper Kolcu, | Chapter 13 Bankruptcy |
| Debtor. | Case No. 23-20340-rmb |

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Motion to Dismiss may be denied based on the following terms:

1. On or before September 5, 2025, the Debtor must provide copies of federal and state tax returns, a tax affidavit, or a tax declaration in accordance with 28 U.S.C. § 1746 for the year 2023 to the Chapter 13 Trustee.

2. The Trustee may file a Certification of Default and a proposed Order Dismissing Case without further notice or hearing if the Debtor fails to comply with the deadlines stated above.

3. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

**IT IS THEREFORE ORDERED THAT:**
Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####

Prepared by:
Christopher D. Schimke, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344